63,440-12,13

Date: May / 11 / 2015

Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re:      Cause No.: 114-1126-02
         Ex Parte Cleveland Wade Thompson

Dear Clerk:

It has been brought to my attention that the above referenced Cause has been transmitted (many years ago in the past) to the Court of Criminal Appeals for a ruling. However, I have never been informed as to if any ruling was ever made, much less what said ruling, if any, was made.

I would appreciate it very much if you could contact me and either inform me as to the status of said Cause, or perhaps provide me with a Docket Sheet.

I thank you in advance for your prompt assistance in this matter. I eagerly await your reply.

Sincerely,


Cleveland Wade Thompson
Cleveland Wade Thompson
TDC# 1253649
Neal Unit, 9055 Spur 591
Amarillo, TX 79107-9696

CC:  File

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 14 2015
Abel Acosta, Clerk